**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, JOSEPH SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00050 AWI |
| Plaintiff, | ) STIPULATION AND PROPOSED |
| vs. | ) ORDER TO CONTINUE SENTENCING |
| | ) HEARING |
| JOSEPH SMITH, | ) DATE:   APRIL 11, 2011 |
| Defendant. | ) TIME:   9:00 am |
| | ) JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and BRIAN ENOS, Assistant U.S. Attorney for Plaintiff, that the status conference currently scheduled for April 11 2011, at 9:00 a.m. shall be continued until MAY 9, 2011, at 9:00 a.m.

This request for continuance is made by counsel for defendant to allow additional time for defense preparation prior to hearing and to ensure continuity of counsel. Defendant's attorney, Richard A. Beshwate, Jr., is currently in trial at the Fresno County Superior Court (People v Ernest Williams) and will not be available for the April 11th hearing. Additionally, defendant's attorney will not have sufficient opportunity to consult with defendant prior to the April 11th hearing date. Assistant United States Attorney BRIAN

ENOS has no objection to this requested continuance. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that any delay resulting from this continuance shall be excluded in the interests of justice, and that these interests outweigh the interests of defendant and the public in a speedy trial, pursuant to 18 USC 3161(h)(7)(A).

DATED: April 8, 2011

Respectfully submitted,

/S/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
JOSEPH SMITH

DATED: April 8, 2011

Respectfully submitted,

/S/ BRIAN ENOS
BRIAN ENOS
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the status conference in this case be continued to MAY 9, 2011, at 9:00 a.m. IT IS FURTHER ORDERED THAT, based on the grounds set forth in the parties' stipulation, time is excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(i) & (iv), and that the defendant's need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 8, 2011

CHIEF UNITED STATES DISTRICT JUDGE