UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  1:11-cr-00050-AWI |
| | ) | |
| vs. | ) | **ORDER OF DETENTION FOLLOWING** |
| | ) | **REVOCATION OF PREVIOUSLY SET** |
| JOSEPH MICHAEL SMITH, | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


A.    Order for Revocation and Detention

    __X__    Pursuant to the request of the defense, the Court orders the previous
             conditions of pretrial release revoked and this defendant detained.

B.    Statement of Reasons for the Revocation and Detention

    The Court orders the revocation of pretrial release conditions and the
    defendant's detention because it finds:

    _____  (1)  There is probable cause to believe this defendant has committed
                 a Federal, State, or local crime while on release.

    _____  (2)  There is clear and convincing evidence that this defendant has
                 violated a condition or conditions of release.

    __X__   (3)  There is no condition or combination of conditions of release that
                 will assure that this defendant will not flee and/or pose a danger
                 to the safety of any other person or the community.

    _____  (4)  That this defendant is unlikely to abide by any condition or
                 combination of conditions of release.

    _____  (5)  That this defendant has not rebutted the rebuttable presumption
                 contained in 18 U.S.C. § 3148(b) that no condition or combination
                 of conditions will assure that the person will not pose a danger
                 to the safety of any other person or the community based upon the
                 existence of probable cause to believe that, while on release, the
                 defendant committed a Federal, State, or local felony.


IT IS SO ORDERED.

Dated:  May 10, 2011            _____/s/ Sandra M. Snyder_____
                                    UNITED STATES MAGISTRATE JUDGE