# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH MICHAEL SMITH,<br><br>　　　　　Defendant.<br>_____/ | Case Number:  1:11-cr-00050-AWI-1<br><br>**ORDER** |

　　GOOD CAUSE APPEARING, Defendant, JOSEPH MICHAEL SMITH, has shown this Court good cause: **IT IS HEREBY ORDERED** that the Gina Tennen, Esq., is now Attorney of Record in the aforementioned case above.

IT IS SO ORDERED.

Dated:   May 10, 2011          　　　　　_____
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE