1  GINA TENNEN, ESQ.
   LibertyBell Law Group, P.C.
2  235 E. Olive Ave., 4th Floor
   Burbank, California 91502
3  Telephone: (818) 563-2355
   Facsimile: (818) 748-1515
4
   Attorney for Joseph Michael Smith
5

6
                    **UNITED STATES DISTRICT COURT**
7
                    **EASTERN DISTRICT OF CALIFORNIA**
8

9  UNITED STATES OF AMERICA,    )    1:11-cr-00050 AWI
                                )
10           Plaintiff,         )    **STIPULATION TO CONTINUE HEARING**
                                )    **ON CHANGE OF PLEA; ORDER**
11                              )
        v.                      )    Date: August 1, 2011
12                              )    Time: 11:00 A.M.
                                )
13 JOSEPH MICHAEL SMITH,        )
                                )    Hon. Anthony W. Ishii
14           Defendant.         )
                                )
15

16      IT IS HEREBY STIPULATED by and between the parties hereto,

17 through their respective attorneys of record, that the change of

18 plea hearing presently set for Monday, August 1, 2011 at

19 11:00 a.m., be continued to Monday, August 29, 2011, at 11:00

20 a.m.

21      The parties base this stipulation on good cause, in that the

22 parties are still currently in the negotiations of finalizing the

23 plea agreement under rule 11 (C)(1)(C) .  The parties expect that

24 the stipulated continuance would allow them to finalize the plea

25 agreement and be prepared to participate in a change of plea

26 hearing on August 29, 2011.

27      For the above-stated reason, the stipulated continuance will

28 allow for completion of negotiations and conserve time and

1

**STIPULATION TO CONTINUE HEARING ON CHANGE OF PLEA; ORDER**

resources for both parties and the Court.  The delay resulting from this continue shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A)and 3161 (h)(7) (B) (ii).

LIBERTYBELL LAW GROUP

Dated: July 27, 2011         By: /s/ Gina Tennen
                                 Gina Tennen
                                 Attorney for Defendant
                                 Joseph Michael Smith


                                 (As auth. 7/27/11)
                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: July 27, 2011              /s/ Brian Enos
                                  BRIAN W. ENOS
                                  Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated: ___July 28, 2011___      _____
                                CHIEF UNITED STATES DISTRICT JUDGE

2

**STIPULATION TO CONTINUE HEARING ON CHANGE OF PLEA; ORDER**