BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11-CR-00050-AWI |
|---|---|
| Plaintiff, | ) PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| JOSEPH MICHAEL SMITH, | ) |
| Defendant. | ) |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Joseph Michael Smith, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

   1.   Pursuant to 18 U.S.C. § 2253, defendant Joseph Michael Smith's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) Dell Dimension E520 Desktop Computer seized from defendant by law enforcement on or about December 3, 2010;

   b) Maxtor Digital External Hard Drive, seized from defendant by law enforcement on or about December 3, 2010;

1         c)   Compact discs or other storage devices contaning
2              Visual depictions of minors engaged in sexually
3              explicit conduct and seized by law enforcement on
               or about December 3, 2010.

4    2.   The above-listed property constitutes property which
5 contains visual depictions mailed, shipped or transported in
6 violation of 18 U.S.C. § 2252(a)(2) or was used or intended to be
7 used in any manner or part to commit and to promote the commission of
8 the aforementioned violation, all in violation of 18 U.S.C. § 2253.

9    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
10 designee) shall be authorized to seize the above-listed property.
11 The aforementioned property shall be seized and held by the
12 Department of Homeland Security, Immigration Customs Enforcement or
13 Customs and Border Protection, in its secure custody and control.

14   4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
15 U.S.C. § 853(n), and Local Rule 171, the United States shall publish
16 notice of the order of forfeiture.  Notice of this Order and notice
17 of the Attorney General's (or a designee's) intent to dispose of the
18 property in such manner as the Attorney General may direct shall be
19 posted for at least 30 consecutive days on the official internet
20 government forfeiture site www.forfeiture.gov.  The United States may
21 also, to the extent practicable, provide direct written notice to any
22 person known to have alleged an interest in the property that is the
23 subject of the order of forfeiture as a substitute for published
24 notice as to those persons so notified.

25        b.   This notice shall state that any person, other than
26 the defendant, asserting a legal interest in the above-listed
27 property, must file a petition with the Court within sixty (60) days
28 from the first day of publication of the Notice of Forfeiture posted

on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   November 3, 2011         _____
                                   CHIEF UNITED STATES DISTRICT JUDGE